UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GEORGE O DRAWDY, JR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00201-MPB-MKK |
| | ) |
| WARDEN Putnamville Correctional Facility, | ) |
| | ) |
| Respondent. | ) |

### FINAL JUDGMENT

The Court, having this day issued its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The action is **dismissed for lack of jurisdiction**.

Date: May 31, 2023

*Matthew P. Brookman*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Tricia M. Blanford*
Deputy Clerk, U.S. District Court

Distribution:

GEORGE O DRAWDY, JR
931584
Putnamville Correctional Facility
1946 West US Highway 40
Electronic Service Participant – Court Only